



Case 1:10-cr-00905-LTS Document 2164 Filed 06/14/18 Page 1 of 2

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

MICHAEL J. GILBERT

michael.gilbert@dechert.com
+1 212 698 3886 Direct
+1 212 698 0426 Fax

June 14, 2018

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Erick F. Nunez,* 1:10-CR-00905-LTS

Dear Judge Swain:

On behalf of Erick F. Nunez ("Nunez"), a defendant in the above-captioned case, we respectfully submit this letter to request an adjournment of the sentencing related to Nunez's violation of supervised release (the "supervised release sentencing"), currently set for June 28, 2018. At the violation of supervised release hearing held on April 20, 2018, Nunez admitted to violating the terms of his supervised release by travelling to New Jersey without permission and committing a New Jersey state criminal violation (the "New Jersey state case"). Based on the government's request, (Tr. 14:14-20, Exhibit A), the Court set the supervised release sentencing to occur after Nunez's sentencing in the New Jersey state case, which was then scheduled for June 8, 2018. The New Jersey state case sentencing has now been adjourned to November 16, 2018. We understand the reason for the adjournment is to allow Nunez to complete his schooling requirements to obtain a certificate in the Baruch College Continuing and Professional Studies (CAPS) International Supply Chain Security and Compliance Certificate program in which he is enrolled.

Therefore, we respectfully request the Court grant an adjournment of the supervised release sentencing to a date after Nunez's sentencing in his New Jersey state case.

We have spoken to AUSA Mollie E. Bracewell. The government does not consent to the requested adjournment and we understand will submit its own letter explaining the government's position.

Respectfully submitted,

Michael J. Gilbert

MJG

cc: Mollie E. Bracewell, Esq. (via ECF)

The sentencing is adjourned to August 2, 2018, at 3:00pm.

SO ORDERED:

6/22/18
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE